**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LARRY A. GEORGE                                                                      PLAINTIFF

V.                                            1:08CV00065 JTR

JARED BRANSCUM, Guard; and
RHONDA DOWELL, Jail Administrator,
Independence County Detention Facility                                DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and   ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, and

judgment is entered in favor of Defendants.  Further, the Court certifies, pursuant to 28 U.S.C. §

1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of

Dismissal would not be taken in good faith.

Dated this 8th day of <u>October</u> , 2009.


_____
UNITED STATES MAGISTRATE JUDGE